Rico Hayes 29673044
FCI Safford
Post Office Box 9000
Safford, Arizona 85548
      Petitioner,

RECEIVED BY MAIL
MAR 16 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES COURT OF APPEALS
FOR THE EIGHT CIRCUIT

RICO HAYES,           )   Case#_____
                      )
    Petitioner,       )   4:02-cr-00536-DJS CDP
                      )   WRIT OF MANDAMUS
v.                    )
                      )
UNITED STATES OF AMERICA, )
                      )
    Respondent.       )

NOW COME, Rico Hayes, without the aid of legal counsel to move this honorable court for an order directing the United States District of Missouri, to show cause why the petitioner should not be released from prison after submitting petition to dismiss and supporting affidavit which stated claims of constitutional violations.

### Statement of Facts

1. On December 30, 2010, Petitioner caused to be filed with the U.S. District court of Missouri, his Petition to Dismiss with an Affidavit setting fourth his claim that he was arrested without a warrant in violation of the fourth amendment.

2. On 01/20/ 2011, Petitioner filed with the U.S. District Court a status report, but to no avail.

3. On 01/30/ 2011, Petitioner filed with the U.S. district Court a Petition to Show cause, but to no avail.

### Relief Sought

For this honorable to issue an order to the U.S. District Court commanding that court to show cause why relief should not be granted, to the Petitioner, or in the alternative issue an order to release the petitioner from prison.

by: *Rico Hayes*

RECEIVED BY MAIL

MAR 16 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

CERTIFICATE OF SERVICE

I, Rico Hayes, hereby certify that I have served a true and correct copy of the following" **WRIT OF MANDAMUS" 2 pages**

<u>Clerk's Office  ,Eight Circuit</u>
111 S. Tenth Street. 24329
St. Louis Mo. 63102

<u>Clerk's Office, District Court</u>
<u>111 South Tenth Street</u>
<u>St. Louis, Missouri 63102</u>

<u>U.S. Attorney's Office</u>
<u>111 South Tenth Street, RM      </u>
<u>St. Louis,Missouri   63102</u>

By deposited same in the United States Postal Mail at FCI Safford, Arizona 85548.  Executed on this 10TH day of March 2011.

by: Rico Hayes
Rico Hayes 29673044
P.O.Box 9000
Safford, Arizona 85548

2 of 2

Rico Hayes # 29673044.
Federal Correctional Institution
P.O. Box. 9000
Safford Az. 85548.

" LEGAL MAIL "

PHOENIX AZ 850
14 MAR 11 PM 3 L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
111 South Tenth Street 3,300
St. Louis MO 63102.

RECEIVED
BY MAIL
MAR 16 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS